GoldPouch Express
923280 North Quarry Road
New Liskeard, Ont.
P0J 1P0
705-647-4967 phone & 705-648-6245

Oct. 2, 2007

United States District Court,
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re; e-gold account number 118611 $28,864.63

Attention Jeffrey A Taylor,

We would like to file a claim under this case and contest the forfeiture in rem provisions of 18 U.S.C.981(a)(1)(A) and 18 U.S.C. 981(a)(1)(C).

Regards,

Roger and Mimi Savoie

RE:  your letter is attached

**RECEIVED**

OCT 9 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ALL PROPERTY IN/UNDERLYING  )<br>E-GOLD ACCOUNT NUMBER:　　 )<br>118611,　　　　　　　　　　　 )<br>　　　　　　　Defendant.　　　　)  | Civil Action No. 07-01341 (RMC) |

## NOTICE OF FORFEITURE ACTION

On July 24, 2007, the United States Attorney for the District of Columbia filed a Verified Complaint for Forfeiture against All Property In/Underlying E-Gold Account Number 118611 ($28,864.63 in U.S. Currency), pursuant to 18 U.S.C. § 981(a)(1), and 18 U.S.C. §§ 1956, 1960, and an Arrest Warrant *in Rem* was issued by the Court.

Pursuant to 18 U.S.C. § 983 and Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, direct notice of this action is being sent to **the person/entity who is believed to have opened or used the account(s) at issue**. Individuals/ entities who intend to assert an interest in the defendant property and contest the forfeiture must file a claim in the United States District Court, District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001, under case *United States v. All Property In/Underlying E-Gold Account Number: 118611*, 07-cv-01341 (RMC), **within 35 days** of the Government's sending of this Notice in accordance with Rule G(5). Additionally, claimants must serve and file Answers to the Complaint, or motions under Rule 12 of the Federal Rules of Civil Procedure, **within 20 days** after filing their verified claims.

Claims must comply with Supplemental Rule G(5)(a), and Claims and Answers are to be filed with the Clerk, United States District Court for the District of Columbia at the above address, with a copy thereof served on Assistant United States Attorney William R. Cowden, United States Attorney's Office, 555 Fourth Street, NW, Room 4824, Washington, DC 20530.

DATE SENT:  August 23, 2007

JEFFREY A. TAYLOR
United States Attorney

BY: _____
　　　WILLIAM R. COWDEN
　　　Assistant United States Attorney