

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF United States of America | COURT CASE NUMBER 07cv01341 (RMC) |
|---|---|

| DEFENDANT All Property in E-Gold Account Number 118611 | TYPE OF PROCESS Verified Complaint for Forfeiture in Rem |
|---|---|

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) $28,864.63 in U.S. Currency |
|---|---|

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| William R. Cowden<br>Laurel Loomis Rimon<br>Assistant United States Attorneys<br>555 4th Street, NW, Room 4824<br>Washington, DC 20530 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Agency Case No. 327-774-8703-S

| Signature of Attorney or other Originator requesting service on behalf of: (x) Plaintiff ( ) Defendant<br>William R. Cowden | TELEPHONE NO. (202) 307-0258 | DATE 8/23/2007 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE 10-1-07 / TIME OF SERVICE 245 ( ) AM ( ) PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY |

| REMARKS: |
|---|
| The above Property was seized on 8/24/2007. |

TD F 90-22.48 (6/96)

WHITE COPY - RETURN TO COURT